IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                           :
**DENNIS HOLLINS**                              :    BK NO.
                                                :    22-10875-mdc
DEBTOR                                          :

## MOTION FOR ORDER AUTHORIZING EXTENSION OF TIME
## FOR FILING SUPPORTING PAPERWORK

Debtor, by **her** attorney moves this Court for an extension of time and respectfully represents that:

1. Debtor filed a Chapter 7 Petition on April 4, 2022.

2. At the time the Debtor filed a Petition commencing this case, a matrix including the name and address of her creditors was filed, but the debtor(s) was unable to file the required Statements, Schedules of Assets and Liabilities, Statement of Current Monthly Income, and Plan by **Monday, April 11, 2022** the time within said Statement, Schedules of Assets and Liabilities and Plan, must be filed in accordance with the Bankruptcy Rule 10078).

3. Debtor needs additional time in which to review books and records and gather information from creditor's in order to complete her Schedules and Plans.

4. Debtor expects to have all the necessary information to enable her to complete aforesaid documents by **Monday, May 2, 2022** and deserves an extension of time until such date in which to file them.

5. Gary F. Seitz, Esquire, the acting Trustee in this case, has been served a copy of this motion.

WHEREFORE, Debtor prays that an Order entered herein extending to and until Monday, **May 2, 2022** the date by which applicant's Statement of Affairs, Schedules of Assets and Liabilities, Statement of Current Monthly Income, Statistical Summary of Certain Liabilities, and Plan must be filed herein, and for such further and other relief as is just.

Dated:    **April 10, 2022**

Respectfully submitted,

/S/Michael M. Gessner

_____
Michael M. Gessner, Esq.
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                       :
**DENNIS HOLLINS**                          :   BK NO.
                                            :   22-10875-mdc
DEBTOR                                      :

## O R D E R

AND NOW, this           day of              , 2022, consideration of Debtor's Motion, it is hereby, ORDERED and DECREED, that Debtor be allowed an extension of time until **Monday, May 2, 2022** to file Statement of Affairs, Schedules of Assets and Liabilities, Statement of Current Monthly Income, Statistical Summary of Certain Liabilities, and Plan.

_____
BANKRUPTCY JUDGE

**CC:**
**COUNSEL:**   Michael M. Gessner, Esquire
               1500 Walnut St. Suite 2000
               Philadelphia, PA  19102

**TRUSTEE:**   Gary F. Seitz, Esquire
               Standing Chapter 13 Trustee
               P.O. Box 40119
               Philadelphia, PA 19106-0119

**DEBTOR:**    **Dennis Hollins**
               2746 Belmont Avenue
               Philadelphia, PA 19131

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                             :

**DENNIS HOLLINS**                                : BK NO.
                                                  : 22-10875-mdc
DEBTOR                                            :

### CERTIFICATION OF SERVICE

I, Michael M. Gessner, do hereby certify that true and correct copies of the foregoing Motion for Order Authorizing Extension of Time for filing Supporting Paperwork was served this date by United States Mail, First Class, postage prepaid or ECF e-mail.

**TRUSTEE:** Gary F. Seitz, Esquire
Standing Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

/S/Michael M. Gessner
_____
Michael M. Gessner, Esq.

DATED:    **April 10, 2022**