United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                         Case No. 22-10875-mdc
Dennis Hollins                                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                                           Page 1 of 2
Date Rcvd: Apr 12, 2022                      Form ID: 210U                                         Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis Hollins, 2746 Belmont Avenue, Philadelphia, PA 19131-1536 |
| 14683278 | | Target, 3901 W. 53rd Street, Sioux Falls, SD 57106-4216 |
| 14683276 | | USAA, 10750 McDermott Fwy, San Antonio, TX 78288-0570 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 12 2022 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 12 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 12 2022 23:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14683279 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2022 23:56:44 | Capitol One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14683277 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 12 2022 23:46:04 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14683278 | | Email/Text: bncmail@w-legal.com | Apr 12 2022 23:44:00 | Target, 3901 W. 53rd Street, Sioux Falls, SD 57106-4216 |
| 14683276 | | Email/Text: bkelectronicnotices@usaa.com | Apr 12 2022 23:44:00 | USAA, 10750 McDermott Fwy, San Antonio, TX 78288-0570 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 12, 2022 | Form ID: 210U | Total Noticed: 8

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2022            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GARY F. SEITZ | gseitz@gsbblaw.com  gfs@trustesolutions.net |
| MICHAEL M. GESSNER | on behalf of Debtor Dennis Hollins mmgessner@hotmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Dennis Hollins                                                                 Case No: 22−10875−mdc

     Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 4/12/22

For The Court

Timothy B. McGrath
Clerk of Court

17
Form 210U