# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| Dennis Hollins | : | |
| | : | |
| Debtor | : | Bankruptcy No. 22-10875MDC |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 4/5/22 and an Order extending time until 5/19/22, this case is hereby DISMISSED.

May 23, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:

Disclosure Statement
Schedules A/B, D,E/F,G,H,I,J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Chapter 7 Means Test Form 122A‑1
Means Test Calculation Form 122A‑2 – If Applicable